# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL SPORN,** | CASE NO. 18-cv-05424-YGR |
| Plaintiff, | |
| vs. | **ORDER DIRECTING ADDITIONAL SUBMISSION AND VACATING HEARING** |
| **TRANSUNION INTERACTIVE, INC.,** | Re: Dkt. Nos. 17, 18 |
| Defendant. | |

The Court has reviewed plaintiff's motion to remand (Dkt. No. 17) and defendant's motion to transfer (Dkt. No. 18) as well as parties' accompanying papers, including the declaration of Kate Anderson filed in *Sgouros v. TransUnion Interactive, Inc.*, Case No. 1:14-cv-01850 ("*Sgouros*") (Dkt. No. 17-2.) The Court has also reviewed the docket in *Sgouros*, and it does not appear that the plaintiff in *Sgouros* has filed a motion for class certification.

By no later than **9 a.m. on Monday, November 12, 2018**, defendant shall file a written response to plaintiff's factual assertions and arguments related to the statements in the Anderson declaration. Specifically, defendant shall address why an employee represented to the court in the Northern District of Illinois that defendant's headquarters is in San Luis Obispo, California if that is not the case. Defendant shall also confirm whether plaintiff in *Sgouros* has filed a motion for class certification and address whether defendant plans to contest the nationwide nature of the proposed class.

The Court further **VACATES** the hearing currently set for November 13, 2018. Following submission of the materials requested above, the Court may reset a hearing date if necessary.

**IT IS SO ORDERED.**

Dated: November 7, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**